UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-10075-CIV-KING

CHASE HOME FINANCE LLC SUCCESSOR
IN MERGER TO CHASE MANHATTAN
MORTGAGE CORPORATION,

        Plaintiff,

vs.

THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER, OR AGAINST JOAN RADFORD A/K/A JOAN FREDERICH RADFORD A/K/A JOAN F. RADFORD, DECEASED; THE UNKNOWN BENEFICIARIES OF THE JOAN RADFORD TRUSTED AGREEMENT DATED NOVEMBER 2, 2000; DEBORAH JOAN FIESLER, AS AN HEIR OF THE ESTATE OF JOAN RADFORD, A/K/A JOAN FREDERICH RADFORD A/K/A JOAN F. RADFORD, DECEASED; DEBORAH JOAN FIESLER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOAN RADFORD, A/K/A JOAN FREDERICH RADFORD A/K/A JOAN F. RADFORD, DECEASED; SCOTT ERWIN FIESLER, AS AN HEIR OF THE ESTATE OF JOAN RADFORD, A/K/A JOAN FREDERICH RADFORD A/K/A JOAN F. RADFORD, DECEASED; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; TENANT #1, TENANT #2, TENANT #3, and TENANT #4 the names being fictitious to account for parties in possession,

        Defendants.
_____/

SCOTT ERWIN FIESLER, AS AN HEIR OF THE
ESTATE OF JOAN RADFORD, A/K/A JOAN
FREDERICH RADFORD A/K/A JOAN F. RADFORD,

**DECEASED,**

        **Counterclaim Plaintiff,**

vs.

**CHASE HOME FINANCE LLC SUCCESSOR IN MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION,**

        **Counterclaim Defendant.**
_____/

**SCOTT ERWIN FIESLER, AS AN HEIR OF THE ESTATE OF JOAN RADFORD, A/K/A JOAN FREDERICH RADFORD A/K/A JOAN F. RADFORD, DECEASED,**

        **Third Party Plaintiff,**

vs.

**FLORIDA DEFAULT LAW GROUP, P.L.,**

        **Third Party Defendant.**
_____/

## STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that all disputes between them in the above-captioned matter have been amicably resolved as follows:

Plaintiff, Chase Home Finance LLC, successor in merger to Chase Manhattan Mortgage Corporation, agrees to dismiss this action against Defendants, Scott Erwin Fiesler, as an Heir of the Estate of Joan Radford, a/k/a Joan Frederich Radford a/k/a Joan F. Radford, Deceased ("S. Feisler") and Deborah Fiesler, as an Heir and Personal Representative of the Estate of Joan Radford, a/k/a Joan Frederich Radford a/k/a Joan F. Radford, Deceased and Deborah Fiesler as Trustee of the Joan Radford Trust, with prejudice.

Defendants, Scott Erwin Fiesler, as an Heir of the Estate of Joan Radford, a/k/a Joan Frederich Radford a/k/a Joan F. Radford, Deceased and Deborah Fiesler, as an Heir and Personal

Representative of the Estate of Joan Radford, a/k/a Joan Frederich Radford a/k/a Joan F. Radford, Deceased and Deborah Fiesler as Trustee of the Joan Radford Trust, agree to withdraw their affirmative defenses, dismiss their Counterclaims against Chase with prejudice and dismiss their Third Party Complaint against Florida Default Law Group with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

| s/Tracy P. Moye | s/ Dennis M. Campbell |
|---|---|
| TRACY P. MOYE, ESQUIRE | DENNIS M. CAMPBELL, ESQUIRE |
| Florida Bar No. 0782361 | Florida Bar No. 271527 |
| THE MOYE LAW FIRM | CLARK, SILVERGATE & CAMPBELL, P.A. |
| 527 E. Park Avenue | 799 Brickell Plaza, Suite 900 |
| Tallahassee, FL 32301 | Miami, FL 33131 |
| Telephone: 850-224-6693 | Telephone: 305-377-0700 |
| Facsimile: 850-222-6693 | Facsimile: 305-377-3001 |
| Email: tracy@moyelawfirm.com | Email: dcampbell@csclawfirm.com |
| Counsel for Defendant / Counterclaim Plaintiff / Third Party Plaintiff SCOTT FIESLER | Counsel for Plaintiff, CHASE HOME FINANCE LLC SUCCESSOR IN MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION |

| s/Twyla Sketchley | s/ Suzanne Barto Hill |
|---|---|
| TWYLA SKETCHLEY, ESQUIRE | SUZANNE BARTO HILL, ESQUIRE |
| Florida Bar No. 478822 | Florida Bar No. 0846694 |
| NICHOLAS J. WEILHAMMER, ESQUIRE | RUMBERGER, KIRK & CALDWELL |
| Florida Bar No. 479322 | A Professional Association |
| THE SKETCHLEY LAW FIRM, P.A. | Lincoln Plaza, Suite 1400 |
| The Professional Center at SouthWood | 300 South Orange Avenue |
| 3689 Coolidge Court, Suite 8 | PO Box 1873 |
| Tallahassee, FL 23211 | Orlando, Florida 32802-1873 |
| Telephone: 850-894-0152 | (407) 872-7300 Voice |
| Facsimile: 850-894-0634 | (407) 841-2133 |
| Email: nick@sketchleylaw.com twyla@sketchleylaw.com | Attorneys for Third Party Defendant, FLORIDA DEFAULT LAW GROUP, P.L. |
| Counsel for Defendant / Counterclaim Plaintiff / Third Party Plaintiff | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-10075-CIV-KING

**CHASE HOME FINANCE LLC SUCCESSOR
IN MERGER TO CHASE MANHATTAN
MORTGAGE CORPORATION,**

   **Plaintiff,**

vs.

**THE UNKNOWN HEIRS, DEVISEES, GRANTEES,
ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR
OTHER CLAIMANTS CLAIMING BY, THROUGH,
UNDER, OR AGAINST JOAN RADFORD A/K/A JOAN
FREDERICH RADFORD A/K/A JOAN F. RADFORD,
DECEASED; THE UNKNOWN BENEFICIARIES OF
THE JOAN RADFORD TRUSTED AGREEMENT
DATED NOVEMBER 2, 2000; DEBORAH JOAN
FIESLER, AS AN HEIR OF THE ESTATE OF JOAN
RADFORD, A/K/A JOAN FREDERICH RADFORD
A/K/A JOAN F. RADFORD, DECEASED; DEBORAH
JOAN FIESLER, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOAN RADFORD, A/K/A JOAN
FREDERICH RADFORD A/K/A JOAN F. RADFORD,
DECEASED; SCOTT ERWIN FIESLER, AS AN HEIR
OF THE ESTATE OF JOAN RADFORD, A/K/A JOAN
FREDERICH RADFORD A/K/A JOAN F. RADFORD,
DECEASED; ANY AND ALL UNKNOWN PARTIES
CLAIMING BY, THROUGH, UNDER, AND AGAINST
THE HEREIN NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR ALIVE,
WHETHER SAID UNKNOWN PARTIES MAY CLAIM
AN INTEREST AS SPOUSES, DEAD OR ALIVE,
WHETHER SAID UNKNOWN PARTIES MAY CLAIM
AN INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES, OR OTHER CLAIMANTS; TENANT #1,
TENANT #2, TENANT #3, and TENANT #4 the names
being fictitious to account for parties in possession,**

   **Defendants.**
_____/

**SCOTT ERWIN FIESLER, AS AN HEIR OF THE
ESTATE OF JOAN RADFORD, A/K/A JOAN
FREDERICH RADFORD A/K/A JOAN F. RADFORD,**

**DECEASED,**

        **Counterclaim Plaintiff,**

vs.

**CHASE HOME FINANCE LLC SUCCESSOR IN MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION,**

        **Counterclaim Defendant.**
_____/

**SCOTT ERWIN FIESLER, AS AN HEIR OF THE ESTATE OF JOAN RADFORD, A/K/A JOAN FREDERICH RADFORD A/K/A JOAN F. RADFORD, DECEASED,**

        **Third Party Plaintiff,**

vs.

**FLORIDA DEFAULT LAW GROUP, P.L.,**

        **Third Party Defendant.**
_____/

## ORDER ON DISMISSAL

THIS CAUSE having come on before the Court upon Stipulation for Dismissal, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this action is dismissed with prejudice. Each Party shall bear their own fees, costs and expenses.

DONE AND ORDERED in Chambers in Miami, Florida this ____ day of July, 2009.

                                            _____
                                            JAMES L. KING
                                            United States District Judge

cc: All counsel of record