UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10075-CIV-KING

CHASE HOME FINANCE LLC SUCCESSOR
IN MERGER TO CHASE MANHATTAN
MORTGAGE CORPORATION,

       Plaintiff,

vs.

THE UNKNOWN HEIRS, DEVISEES, GRANTEES,
ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR
OTHER CLAIMANTS CLAIMING BY, THROUGH,
UNDER, OR AGAINST JOAN RADFORD A/K/A JOAN
FREDERICH RADFORD A/K/A JOAN F. RADFORD,
DECEASED; THE UNKNOWN BENEFICIARIES OF THE
JOAN RADFORD TRUSTED AGREEMENT DATED
NOVEMBER 2, 2000; DEBORAH JOAN FIESLER, AS AN
HEIR OF THE ESTATE OF JOAN RADFORD, A/K/A
JOAN FREDERICH RADFORD A/K/A JOAN F.
RADFORD, DECEASED; DEBORAH JOAN FIESLER, AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF
JOAN RADFORD, A/K/A JOAN FREDERICH RADFORD
A/K/A JOAN F. RADFORD, DECEASED; SCOTT ERWIN
FIESLER, AS AN HEIR OF THE ESTATE OF JOAN
RADFORD, A/K/A JOAN FREDERICH RADFORD A/K/A
JOAN F. RADFORD, DECEASED; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY, THROUGH,
UNDER, AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN
TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN
PARTIES MAY CLAIM AN INTEREST AS SPOUSES,
DEAD OR ALIVE, WHETHER SAID UNKNOWN
PARTIES MAY CLAIM AN INTEREST AS SPOUSES,
HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS; TENANT #1, TENANT #2, TENANT #3, and
TENANT #4 the names being fictitious to account for parties
in possession,

       Defendants.
_____/

SCOTT ERWIN FIESLER, AS AN HEIR OF THE ESTATE
OF JOAN RADFORD, A/K/A JOAN FREDERICH
RADFORD A/K/A JOAN F. RADFORD, DECEASED,

        Counterclaim Plaintiff,

vs.

CHASE HOME FINANCE LLC SUCCESSOR
IN MERGER TO CHASE MANHATTAN
MORTGAGE CORPORATION,

        Counterclaim Defendant.
_____/

SCOTT ERWIN FIESLER, AS AN HEIR OF THE ESTATE
OF JOAN RADFORD, A/K/A JOAN FREDERICH
RADFORD A/K/A JOAN F. RADFORD, DECEASED,

        Third Party Plaintiff,

vs.

FLORIDA DEFAULT LAW GROUP, P.L.,

        Third Party Defendant.
_____/

## NOTICE OF WITHDRAWAL OF STIPULATION FOR DISMISSAL

Plaintiff, Chase Home Finance LLC, successor in merger to Chase Manhattan Mortgage Corporation, hereby withdraws the Stipulation for Dismissal ("Stipulation") and advises the Court that the Stipulation was inadvertently filed through clerical error and that it will be resubmitted once the settlement is funded. The undersigned counsel requests that this Court take no action in connection with the Stipulation until the settlement is funded.

CLARKE SILVERGLATE & CAMPBELL, P.A.
Attorneys for Chase Home Finance LLC, Successor
 In Merger to Chase Manhattan Mortgage Corp.
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone: (305) 377-0700
Facsimile: (305) 377-3001
E-Mail: dcampbell@csclawfirm.com

By:  s/ Dennis M. Campbell
     DENNIS M. CAMPBELL
     Florida Bar No. 271527

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system on August 4, 2009 which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

By:  s/ Dennis M. Campbell
     DENNIS M. CAMPBELL

290802

3